FILED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN L. BROWN, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0368 |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

This matter is before the Court on initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff's complaint appears to be identical to that filed an existing civil action recently filed in this Court. *See Brian L. Brown, Sr. v. Fed. Bureau of Prisons, et al.*, No. 08-0501 (RJL) (D.D.C. filed Mar. 24, 2008). In order to avoid duplication, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that this civil action is DISMISSED and removed from the docket of this Court.

SO ORDERED.

/s/ Royce C. Lamberth
United States District Judge

DATE: 4/8/08